BEFORE THE SECOND DIVISION, OCTOBER 24, 1938

**No. 39689.**—Protest 252028–G of Julius Klugman's Sons (New York).

Opinion by TILSON, J. Certain items were found to consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.